CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADELINE CORONEL,<br><br>Defendant. | Case No.: 2:21-cr-00283-APG-EJY<br><br>**STIPULATION TO CONTINUE HEARING REGARDING PETITION FOR ACTION ON VIOLATION OF PRETRIAL RELEASE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Todd Leventhal, counsel for Adeline Coronel, that the Hearing re: Petition for Action on Violation of Pretrial Release currently scheduled for February 25, 2022, at 10:30 a.m., be vacated and continued for thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to review the materials supporting the petition and to discuss a possible resolution.

2. The defendant is not in custody and agrees with the need for the continuance.

1

1      3.    The parties agree to the continuance.

2      4.    This is the first request for a continuance of the Hearing re: Petition for Action on Violation of Pretrial Release.

DATED: February 24, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney


*/s/ Todd Leventhal*
_____
TODD LEVENTHAL
Counsel for Defendant
ADELINE CORONEL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADELINE CORONEL,<br><br>Defendant. | Case No.: 2:21-cr-00283-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Hearing re: Petition for Action on Violation of Pretrial Release currently scheduled for February 25, 2022, be vacated and continued to March 29, 2022 at 10:00 a.m.

DATED this 24th day of February, 2022.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3