TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Leventhalandassociates@gmail.com
*Attorney for Adilene Coronel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ADILENE CORONEL,<br><br>　　　　　　Defendant, | Case No. 2:21-cr-00283-APG-EJY-002<br><br>**STIPULATION TO CONTINUE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, ADILENE CORONEL, by and through her counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, ALISSON REESE, ESQ., Assistant U.S. Attorney, that the show cause hearing set for March 29, 2022, in the above captioned matter be continued to at least 120 days out. Mr. Leventhal will be out from June 23, 2022, through July 10, 2022 and August 21, 2022 through September 18, 2022.

This stipulation is entered for the following reasons:

1. Ms. Coronel self-surrendered to an In Patient Drug Treatment Program for 90 days.

2. Mr. Leventhal has spoken to Allison Reese, Esq., Assistant United States Attorney, and she has no objection to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must

1

commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

4. In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant.

DATED: March 25, 2022.

___/S/ ALISSON REESE___
ALLISON REESE, ESQ.
Assistant United States Attorney
Counsel for the United States

___/S/ TODD M LEVENTHAL___
TODD M LEVENTHAL, ESQ.
Counsel for Defendant Adilene Coronel

ORD
TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Leventhalandassociates@gmail.com
*Attorney for Adilene Coronel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 2:21-cr-00283-APG-EJY-002 |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| ADILENE CORONEL, | |
| Defendant | |

## FINDING OF FACT

1. Ms. Coronel self-surrendered to in Patient Drug Treatment Program for 90 days.

2. Mr. Leventhal has spoken to Allison Reese, Esq., Assistant United States Attorney, and she has no objection to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

4. In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant.

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS HEREBY ORDERED, that the Show Cause currently scheduled for March 29, 2022, at the hour of 10:00 a.m., be vacated and continued to __August 2__, 2022 at 9:00 a.m.

Dated this _25th_ day of ___March___ 2022.

_____
MAGISTRATE JUDGE