# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00283-CDS-EJY-2 |
| Plaintiff | Ordering Granting Motion for Reconsideration and Reinstating Motion for Sentence Reduction |
| v. | |
| Adilene Coronel, | [ECF Nos. 103, 107] |
| Defendant | |

On January 26, 2024, Assistant Federal Public Defender Madeline Lal filed a motion on behalf of defendant Adilene Coronel asking the court to reconsider its order striking Coronel's pro se motion for a sentence reduction. ECF No. 107. With good cause appearing, and because the court entered the order in error (in light of Amended General Order 2023-09), the motion for reconsideration [ECF No. 107] is GRANTED.

The court rescinds its January 10, 2024 order (ECF No. 104) denying Coronel's motion. It is ordered that Coronel's motion for sentence reduction [ECF No. 103] is hereby REINSTATED and STAYED until February 1, 2024.

I further order that the Federal Public Defender is presumptively appointed to represent Coronel for the purposes of this motion for sentence reduction and shall screen that motion as described in Amended General Order 2023-09.

DATED: January 26, 2024

_____
Cristina D. Silva
United States District Judge